UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUAN MARTINEZ,

                Defendant.

11-CR-1032-79 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On November 20, 2020, defendant Juan Martinez filed a *pro se* motion for compassionate release. Dkt. 2540. The Court reappoints Mr. Martinez's counsel, Allan Paul Haber, Esq. and Jacob Mitchell, Esq., for the limited purpose of writing a memorandum of law in support of Mr. Martinez's motion for compassionate release. That memorandum of law is due December 11, 2020. The Government's opposition is due December 18, 2020.

The Court directs Mr. Martinez's counsel to mail a copy of this order to Mr. Martinez.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 23, 2020
      New York, New York

1