UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUAN MARTINEZ,

                Defendant.

11-CR-1032-79 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 20, 2020, defendant Juan Martinez filed a *pro se* motion for compassionate release. Dkt. 2540. On November 23, 2020, the Court reappointed Mr. Martinez's trial counsel, Allan Paul Haber, Esq. and Jacob Mitchell, Esq., for the limited purpose of writing a memorandum of law in support of Mr. Martinez's motion for compassionate release and set a briefing schedule. Dkt. 2542. On November 30, 2020, Mr. Haber informed the Court that he had retired from practice and that Mr. Mitchell was not on the CJA panel. Dkt. 2544.

The Court appoints Samidh Guha, Esq., as CJA counsel for Mr. Martinez for the limited purpose of writing a memorandum of law in support of Mr. Martinez's motion for compassionate release. That memorandum is due January 22, 2021. The Government's opposition is due January 29, 2021.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: December 18, 2020

1

New York, New York