UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 11-CR-1032-79 (PAE) |
| JUAN MARTINEZ, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On November 9, 2020, defendant Juan Martinez ("Martinez") submitted a *pro se* motion for compassionate release. Dkt. 2540. The Court appointed Samidh Guha, Esq., as CJA counsel for Martinez for the limited purpose of writing a memorandum of law in support of Martinez's motion for compassionate release. Dkt. 2557. The Court subsequently granted two extensions of time for this memorandum but did not set a specific date for the Government's opposition. Dkts. 2578, 2596.

The Government's opposition is due May 3, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 26, 2021
New York, New York