# PG | PERRY GUHA LLP

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

May 5, 2021

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

Re:  *United States v. Martinez*
     **11 Cr. 1032 (PAE)**

Dear Judge Engelmayer:

We write with respect to our client Juan Martinez to seek a one-week extension of time, from the current due date of May 7, 2021 until May 14, 2021, to submit our reply brief in support of Mr. Martinez's motion for compassionate release. The additional time is necessary in part to communicate with our client regarding the reply. This is our first request for an extension of time for this reply brief. The parties currently are not scheduled for any appearances before this Court.

We have spoken with the government, who has no objections to this proposed extension.

Thank you for Your Honor's consideration of this request.

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

May 5, 2021

Respectfully submitted,

Samidh Guha

cc:  All Counsel (via ECF)